**Weldon R. Grisham**
**801 Cherry Street, Suite 1050**
**Fort Worth, Texas  76102**
**(817)  390-0065**
**(817)  390-0075 (Fax)**
**State Bar No. 08507200**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.: 05-95827-RFN** |
| **JOSHUA LEE YOUNGBLOOD** | § | |
| **and** | § | **CHAPTER 13** |
| **TARA R. LEWIS-YOUNGBLOOD,** | § | |
| | § | |
| **Debtor(s)** | § | |
| | § | |

## MOTION TO SEVER CHAPTER 13 CASE

COMES NOW Joshua Lee Youngblood and Tara R. Lewis-Youngblood, Debtor(s) herein, and would respectfully request this case be severed to allow Tara R. Lewis-Youngblood to file a separate Chapter 7 proceeding.  Debtors would respectfully show the Court as follows:

1.  Debtors filed a joint voluntary Petition for Relief under Chapter 13 of Title 11 of the United States Code on 12/30/2005.

2.  Debtors became annulled as of December 4, 2006.

3.  The granting of the requested relief would allow both Debtors to receive a discharge.

WHEREFORE, PREMISES CONSIDERED, Joshua Lee Youngblood and Tara R.

Lewis-Youngblood, Debtors, request this Court enter an order severing the case and allowing

Tara R. Lewis-Youngblood to file a separate Chapter 7 proceeding.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, FIRST FLOOR, FORT WORTH TEXAS 76102, BEFORE 4:00 P.M. ON February 19, 2007, WHICH IS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREON.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL PRIOR TO THE DATE AND TIME SET FOURTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON THIS MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

Respectfully submitted,

**/s/Weldon R. Grisham**
Weldon R. Grisham
State Bar No. 08507200
801 Cherry, Suite 1050
Fort Worth, Texas 76102
(817) 390-0065
(817) 390-0075 (Fax)
Attorneys for the Debtors

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion to Sever Chapter 13 Case in Case No. 05-95827-RFN; Joshua Lee Youngblood and Tara R. Lewis-Youngblood, Debtor(s), was forwarded to both the Debtors, the Office Of The Standing Chapter 13 Trustee, 6851 N.E. Loop 820, Ste 300, North Richland Hills, TX 76180-6608 on January 31, 2007, by First-Class Mail and/or facsimile.

**/s/Weldon R. Grisham**
Weldon R. Grisham

Joshua Lee Youngblood
2400 State Hwy. 121 #1702
Euless, TX 76039

Tara Lewis-Youngblood
PO Box 92141
Southlake, TX 76092

ACS Student Loans
501 Bleecker Street
Utica, NY 13501

Allied Interstate
3000 Corp Exchange Dr, 5th Fl.
Columbus, OH 43231

Ameripath Texas
PO Box 5238
Winston-Salem, NC 27113-5238

Associated Recovery Systems
PO Box 469047
Escondido, CA 92046

Capital Recovery
PO Box 844656
Dallas, TX 75284-4656

Check-N-Go
2112 Harwood Road
Bedford, TX 76021

Chevron USA
PO Box 2001
Concord, CA 94529-0001

Compass Bank, c/o TRS Recovery
PO Box 17450
Denver, CO 80217

Computer Credit Inc.
PO Box 5238
Winston Salem, NC 27113

CRA Security Systems
PO Box 67555
Harrisburg, PA 17106-7555

Devry University
One Tower Lane
Oakbrook Terrace, IL 60181

DirecTV
PO Box 78626
Phoenix, AZ 85062-8626

EECU
1600 Campus Drive
Hurst, TX 76053

First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519

Foley's
PO Box 94508
Cleveland, OH 44101-4508

GC Services
PO Box 2667
Houston, TX 77252

Green Mountain
PO Box 42349
Austin, TX 78704

HEB Energicare, PA
PO Box 960046
Oklahoma City, OK 73196

Hibernia National Bank
1110 E. Southlake Blvd.
Southlake, TX 76092

Hill College
107 Lamar Drive
Hillsboro, TX 76645

Internal Revenue Service
1100 Commerce Rm. 9A20
Stop 5024 DAL
Dallas, TX 75242

Internal Revenue Service
Austin, TX 73301-0002

Liberty Loans
2105 Harwood Road #213
Bedford, TX 76021

NE Tarrant Internal Med.
469 Westpark Way
Euless, TX 76040

Orchard Bank
PO Box 80084
Salinas, CA 93912-0084

Pay Day One
PO Box 101842
Fort Worth, TX 76185

Prestige Financial
1414 South 500 West
Salt Lake City, UT  84114

Regional Acceptance Corporation
1420-B E. Firetower Road
Greenville, NC 27858

Sonic Payday Loans
PO Box 1216
Oaks, PA 19456

Target - Retail National Bank
PO Box 59231
Minneapolis, MN 55459-0231

TRS Recovery Services, Inc.
PO Box 17450
Denver, CO 80217

TXU Energy
PO Box 660409
Dallas, TX 75266-0409

USAA Bank
9800 Fredericksburg Road
San Antonio, TX 78288