**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**N. RICHLAND HILLS, TEXAS  76180**
**(817) 770-8500**
**(817) 770-8511 TELEFAX**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                              CASE NO. 05-95827-RFN-13
**JOSHUA LEE YOUNGBLOOD**

       **DEBTOR**                                   **CHAPTER 13**
                                                    **Pre-Hearing Conference:**
                                                    **Friday, 1/11/2008 @ 8:30 a.m.**

### TRUSTEE'S OBJECTION TO DEBTOR'S MODIFICATION

**TO THE HONORABLE RUSSELL F NELMS, U. S. BANKRUPTCY JUDGE:**

Now comes Tim Truman, the Standing Chapter 13 Trustee ("Trustee") and files

this his "Trustee's Objection to Debtor's Modification" ("Modification Objection") of the

Chapter 13 Plan heretofore filed herein by the above referenced Debtor ("Debtor"), and

in support of the Modification Objection would respectfully show the Court as follows:

The Trustee objects to the proposed modification on the grounds that the Debtor

may not be able to make all payments under the Modified Plan and comply with the

Modified Plan, (i.e., it is not feasible) per 11 U.S.C. §1325(a)(6), for the following

reasons:

1.      Debtor filed for relief under Chapter 13 of the Bankruptcy Code on

December 30, 2005.  Debtor's Chapter 13 Plan filed on or about February 10, 2006 was

confirmed on April 12, 2006.

2.      On or about June 19, 2007 Debtor's Modification of Chapter 13 Plan after

Confirmation dated April 9, 2007 was approved.  At this time Debtor was delinquent to

the Trustee for payments in a total amount of $4,057.00.

3.      On or about December 13, 2007, Debtor filed his Modified Plan proposing payments of $400.00 per month for 6 months and $1,000.00 per month for the final remaining 31 months of the Plan, while the Debtor's Modification states that he is unemployed.  As of the date of this Objection to Modification Debtor is another $3,096.00 delinquent on his Trustee payment.  Since the Debtor has been in bankruptcy (25 months).  The total delinquency to the Trustee since confirmation is approximately $7,000.00 and the Debtor is unemployed.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that the Plan not be modified unless and until the Debtor has cured all objections set forth herein above, and for general relief.

Respectfully submitted,

By:  **/S/    Angela Allen**
      Tim Truman, Chapter 13 Trustee
      State Bar No. 20258000
      John Dee Spicer, Staff Attorney
      State Bar No. 18930500
      Angela D. Allen, Staff Attorney
      State Bar No. 00786970
      6851 N.E. Loop 820, Suite 300
      N. Richland Hills, TX  76180
      (817) 770-8500
      (817) 770-8511 Telefax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Debtor's Modification" was served by electronic mail to those persons enlisted to receive electronic notice, including the attorney for the Debtor and the United States

Trustee and was served by first class mail, postage prepaid, on the Debtor, at the address

listed on the Debtor's(s') petition and/or schedules, on the 8thday of January, 2008.

**/S/    Angela Allen**