US BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 10, 2008**                          **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                              Case Number: 05-95827-RFN

JOSHUA LEE YOUNGBLOOD
PO BOX 2365
ADDISON, TX  75001                                 Judge  Russell F Nelms

           Debtor                                  Chapter 13

---

ORDER DISCHARGING STANDING TRUSTEE,
TERMINATING FURTHER LIABILITY ON BOND

---

It appearing to the Court that Tim Truman, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that he should be discharged and further liability on the said Trustee's bond with respect to this case be terminated; and that this case has previously been dismissed by order of this court;

IT IS THEREFORE ORDERED:

That Tim Truman, Standing Chapter 13 Trustee in this case, is discharged; that he and the sureties or surety on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; and that such Bond is cancelled.

# # # End of Order # # #